No. A–133 (96–5882). PARARAS-CARAYANNIS *v.* UNITED STATES. C. A. 9th Cir. Application for stay, addressed to JUSTICE KENNEDY and referred to the Court, denied.

No. A–1004 (96–232). DUBIN *v.* UNITED STATES. C. A. 9th Cir. Application for bail, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. 96–5975 (A–210). ATKINS *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. Ct. Common Pleas of Charleston County, S. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 20, 1996

No. D–1691. IN RE DISBARMENT OF BURKHART. Disbarment entered. [For earlier order herein, see *ante,* p. 1002.]

No. D–1698. IN RE DISBARMENT OF MCATEE. Disbarment entered. [For earlier order herein, see *ante,* p. 1032.]

No. D–1721. IN RE DISBARMENT OF BARTRON. R. Greg Bartron, of Watertown, S. D., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1722. IN RE DISBARMENT OF CUNNINGHAM. Willie Lorena Cunningham, of San Antonio, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1723. IN RE DISBARMENT OF PEAVY. Don E. Peavy, Sr., of Fort Worth, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.